**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROSA LORA,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 2694 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 21, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          January 22, 2020

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
                              BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/22/2020